IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VAUGHN HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:14-cv-1953 |
| | ) | Judge Trauger |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| CORRECTIONS CORPORATION OF AMERICA, ET AL., | ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On September 15, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 60), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of act and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Summary Judgment (Docket No. 43) is DENIED.

This case shall be returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED**.

Enter this 13th day of October 2015.

_____
ALETA A. TRAUGER
U.S. District Judge