IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VAUGHN HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:14-cv-1953 |
| | ) | Judge Trauger |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| CORRECTIONS CORPORATION OF AMERICA, ET AL., | ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On March 16, 2016, the Magistrate Judge issued a Report and Recommendation (Docket No. 101), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendants' Motion for Summary Judgment (Docket No. 89) is GRANTED, and this case is DISMISSED with prejudice.

This order constitutes the judgment in this case.

It is so **ORDERED**.

Enter this 11th day of April 2016.

_____
ALETA A. TRAUGER
U.S. District Judge